JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS CLEMENTS,<br>    Petitioner,<br>  v.<br>RONALD RACKLEY, Warden,<br>    Respondent. | NO. EDCV 16-993-JFW (KS)<br><br>JUDGMENT |

  Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 24, 2017

                  _____
                  JOHN F. WALTER
                  UNITED STATES DISTRICT JUDGE